**PERSONALLY SERVED**

## STATE OF MINNESOTA
## FOURTH JUDICIAL DISTRICT
## COUNTY OF HENNEPIN

| | |
|---|---|
| Andrew Johnson,<br><br>        Plaintiff,<br>v.<br><br>Officer Vert (Badge No. 7399), Officer Weis (Badge No. 7620), Sergeant Jameil Mohammad (Badge No. 5150) and the City of Minneapolis.<br><br>        Defendants. | Civil Action No. _____<br><br>**SUMMONS** |

FILED
2020 OCT -6 AM 8:40
CITY CLERK DEPARTMENT
MINNEAPOLIS, MINN

**THIS SUMMONS IS DIRECTED TO:**
Sergeant Jameil Mohammad
City Hall
350 Fifth St. S.
Room 130, Minneapolis, MN 55415

**1.  YOU ARE BEING SUED.**
The Plaintiff haa started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this Summons.

**2.  YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS.**
You must give or mail to the person who signed this summons **a written response** called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

A.L. Brown, Attorney at Law
**CAPITOL CITY LAW GROUP, LLC**
287 East Sixth Street, Suite 20
Saint Paul, Minnesota 55101

7

Exhibit 1

### 3. YOU MUST RESPOND TO EACH CLAIM.

The Answer is your written response to the Plaintiffs' Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiffs should not be given everything asked for in the Complaint, you must say so in your Answer.

### 4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.

If you do not answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiffs everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

### 5. LEGAL ASSISTANCE.

You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

### 6. ALTERNATIVE DISPUTE RESOLUTION.

The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: October 5, 2020                Respectfully submitted,

A. L. Brown (# 331909)
**CAPITOL CITY LAW GROUP, LLC**
287 East Sixth Street, Suite 20
Saint Paul, MN 55101
Telephone: (651) 705-8580
Facsimile:  (651) 705-8581
E-Mail: A.L.Brown@CCLAWG.COM

8

Exhibit 1